JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| AMERICAN TECHNOLOGY VENTURES LLC, VASILII BOBKOV, AND GALINA BOVKOVA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; TRACY TARANGO, in her official capacity as Director, USCIS California Service Center; UR MENDOZA JADDOU, in her official capacity as Director, USCIS; ALEJANDRO MAYORKAS, in his official capacity as Secretary, DHS; FEDERAL BUREAU OF INVESTIGATION; CHRISTOPHER WRAY, in his official capacity as Director, FBI, MERRICK GARLAND, in his official capacity as U.S. Attorney General,<br><br>　　　　　Defendants. | Case No. 2:23-cv-05587-JFW-MAAx<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

　　The Court, having read and considered the parties' Stipulation of Dismissal,

IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiffs against Defendants, shall be dismissed with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

　　IT IS SO ORDERED.

Dated: October 16, 2023

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1